**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7076**

RICKY L. HEFNER,

       Plaintiff - Appellant,

    v.

JOHNATHAN HEATH JONES, Officer, in his official and individual capacities;
KIMBERLY OSBORNE, f/k/a Kimberly Osborne-Evans, in her official and
individual capacities,

       Defendants - Appellees,

   and

SYLVA POLICE DEPARTMENT, in their individual and official capacities; JOHN
DOE, in his official and individual capacities; JANE DOE, in her official and
individual capacities; CITY OF SYLVA, in their official and individual capacities;
COUNTY OF JACKSON, in their official and individual capacities; JACKSON
COUNTY SHERIFF'S OFFICE, in their official and individual capacities; STATE
OF NORTH CAROLINA, in their official and individual capacities,

       Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at
Asheville.  Martin K. Reidinger, Chief District Judge.  (1:21-cv-00227-MR)

Submitted:  May 30, 2024                        Decided:  June 3, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Ricky L. Hefner, Appellant Pro Se.  Steven Andrew Bader, Raleigh, North Carolina, Jake William Stewart, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky L. Hefner appeals the district court's order granting Johnathan Jones' and Kimberly Osborne's motion for summary judgment and denying Hefner's motion to appoint counsel in his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hefner v. Jones*, No. 1:21-cv-00227-MR (W.D.N.C. Sept. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*